IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL T. HARRIS,

      Plaintiff,

v.

SERGEANT GRAHL, OFFICER KAST
and WARDEN POLLARD,

      Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-27-slc

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Carl T. Harris leave to proceed and dismissing this case with prejudice as legally frivolous.

/s/                                                                            3/9/2016

Peter Oppeneer, Clerk of Court                             Date